

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jessie Dwight Baker, Appellant

No. 06-17-00194-CR     v.

The State of Texas, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. F14342). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jessie Dwight Baker, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 23, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk